COURT OF COMMON PLEAS OF FRANKLIN COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
 SERRINA JACKSON,              )
                              )
          Plaintiff,          )
                              )
    vs.                       ) Case No.
                              ) 20 CV 3067
JOE RICHARD, et al.,          )
                              )
          Defendants.         )
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

                        Wednesday, December 9, 2020
                        11:30 a.m.


      REMOTE DEPOSITION OF SUNDEEPTI JINDAL


- - - - - - - - - - - - - - - - - - - - - - - - - - - -

               Jackie Olexa White

            Registered Merit Reporter

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

1                    A P P E A R A N C E S

2    APPEARING REMOTELY:

3

4    REPRESENTING THE PLAINTIFF:

5                    KIRSTIN PETERSON, Esq.
                     The Fitch Law Firm
6                    900 Michigan Avenue
                     Columbus, Ohio  43215
7                    614.545-3930
                     kirstin@thefitchlawfirm.com
8

9    REPRESENTING THE DEFENDANT RICHARD:

10                   Natalie Bryans, Esq.
                     Crabbe, Brown & James
11                   500 South Front Street, Suite 1200
                     Columbus, Ohio  43215
12                   614.228.5511
                     nbryans@cbjlawyers.com
13

     REPRESENTING THE CITY:
14
                     ALANA VALLE TANOURY, Esq.
15                   THERESA DEAN, Esq.
                     Columbus, City Attorney's Office
16                   77 North Front Street, 4th Floor
                     Columbus, Ohio  43215
17                   614.645.7385
                     avtanoury@columbus.gov
18
     Also Present: Mr. Richard
19                        - - - - -

20

21

22

23

24

1                    INDEX

2    Examination by                          Page

3    Ms. Peterson                            5, 57

4    Ms. Bryans                              44

5    Plaintiff's Exhibits                    Page

6    Exhibit 1 Statement of Ms. Jindal       14

7    **Exhibit retained by Ms. Peterson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    Wednesday Morning Session

2                    December 9, 2020

3                    10:00 a.m.

4                    - - - - -

5                    STIPULATIONS

6                    - - - - -

7          It is stipulated by and between counsel

8    for the respective parties that the deposition of

9    TIFFANY THOMAS, a witness herein, called by the

10   plaintiff under the statute, may be taken at this

11   time and reduced to writing in stenotypy by the

12   Notary, whose notes may then after be transcribed out

13   of the presence of the witness; that proof of the

14   official character and qualification of the Notary is

15   waived; that the examination, reading and signature

16   of the said TIFFANY THOMAS to the transcript of her

17   deposition are not waived by counsel and the witness.

18                   - - - - -

19

20

21

22

23

24

1          (Thereupon, all counsel agreed that the

2     witness could be sworn in by the court reporter

3     remotely.)

4                    SUNDEEPTI JINDAL

5     being first duly sworn, as hereinafter certified,

6     testifies and says as follows:

7                         - - -

8                    CROSS-EXAMINATION

9     BY MS. PETERSON:

10    Q.          Good morning.  My name Kirstin Peterson.

11    I'm one of the attorneys for plaintiff, Serrina

12    Jackson, in this ongoing lawsuit.  I just want to go

13    over a couple ground rules for this deposition.  Have

14    you ever been deposed before?

15    A.          No.

16    Q.          Okay.  So just a couple rules.  I do

17    request that you answer verbally, you know, yes or

18    no, as opposed to shaking your head, nodding your

19    head, just so the court reporter can get the answers

20    on the record.

21          I do request that you let me complete my

22    question before providing your answer, and I will

23    provide the same courtesy to you.  And I'm not here

24    to confuse you or anything, so if you need

1  clarification about any questions, just ask, and I'm

2  happy to reword.

3          And, lastly, some of this stuff can be,

4  you know, a little bit uncomfortable to deal with.

5  So if at any time you need a break, just advise, and

6  we'll be happy to give you one.  Okay?

7  A.       Okay.

8  Q.       Have you taken any medication or illicit

9  drugs that would impair you to testify truthfully

10 here today?

11 A.       No.

12 Q.       Do you suffer from any emotional,

13 physical, or psychological condition that would

14 impair you to testify truthfully today?

15 A.       No.

16 Q.       Did you review anything in preparation for

17 today's deposition?

18 A.       I reviewed my statement that I made with

19 Kathleen Bourke at the city.

20 Q.       Okay.  I'm just going to go over some

21 background information with you.  Can you please

22 state your full name for the record?

23 A.       Yes, Sundeepti Jindal.

24 Q.       What is your current address, Miss Jindal?

```
1    A.        My current address?

2    Q.        Yes.

3    A.        2128 Statham Court, Dublin, Ohio, 43016.

4    Q.        What is your date of birth?

5    A.        November 5, 1993.

6    Q.        Okay.  Miss Jindal, where did you attend

7    high school at?

8    A.        Worthington Kilbourne.

9    Q.        And did you graduate?

10   A.        Yes.

11   Q.        What year would that have been?

12   A.        2011.

13   Q.        And did you do any post secondary

14   education following high school?

15   A.        Yeah, I went to Ohio State.

16   Q.        And did you get a degree from Ohio State?

17   A.        Yeah, I got my bachelor's in 2016.

18   Q.        What did you major in?

19   A.        Political science.

20   Q.        That was also my major.  Good choice.  Any

21   education following Ohio State?

22   A.        No.

23   Q.        Tell me about your first job following

24   graduation from Ohio State.  Where were you employed?
```

1    A.         I was employed at Ohio State at the Crane

2    Center for early childhood research and policy, and I

3    was project manager for a project called Kids in

4    Columbus study, that studied the effects of effective

5    poverty on kids in Franklin County.

6    Q.         Oh, very interesting.  How long were you

7    employed with Crane Center?

8    A.         About a year and a half.

9    Q.         So would your employment have ended --

10   would it have been 2017 or 2018?

11   A.         2017.

12   Q.         And tell me about your next job following

13   Crane Center.

14   A.         I was at the Women's Fund of Central Ohio,

15   and I was there for about a year and a half.  And I

16   was the community education and research manager

17   there.  So just did a lot of -- headed up a lot of

18   their research work and policy research there.

19   Q.         And when you left Women's Fund of Central

20   Ohio, is that when you started your employment with

21   the City of Columbus?

22   A.         Yes, in February of 2019.

23   Q.         And what office were you employed with

24   with the city?

1    A.       The mayor's office.

2    Q.       Tell me about your specific job including

3    the title and the duties.

4    A.       Yeah, I was the gender equity advisor.

5    The duties -- the duties kind of were just whatever

6    needed to be done, but we did a lot of work in pay

7    equity around the city as well as health equity, so

8    working with local partners to figure out what the

9    city could do to increase health and pay equity.

10    Q.       Are you still employed in this position

11    with the mayor's office?

12    A.       No.

13    Q.       When did you leave?

14    A.       August of 2020.

15    Q.       And why did you leave your position with

16    the mayor's office?

17    A.       I just found a new position.

18    Q.       And what was that position?

19    A.       I'm working at COTA as a project manager.

20    Q.       So you've been with COTA since August?

21    A.       Since September.

22    Q.       Since September, okay.  And you're still

23    working for COTA, correct?

24    A.       Yes.

1    Q.        Okay.  I want to go back to your

2    employment with the mayor's office.  Who was your

3    direct supervisor?

4    A.        Shelly Beiting, B E I T I N G.  I think

5    that is how you spell it.  I'm not exactly sure.

6    Q.        I believe that is correct as well.

7              Okay.  When you started with the mayor's

8    office in February of 2019, did you receive any sort

9    of written documentation with respect to sexual

10   harassment?

11   A.        I might have.  I know that we did -- like

12   in our orientation, we definitely had to watch a

13   training video.  I think I might have gotten

14   something written, but I'm not 100 percent sure.

15   Q.        Do you remember approximately when you

16   watched that training video?  Would it have been

17   right when you started in February?

18   A.        Yeah, I think I did my orientation the

19   first month I was there -- no, it was probably

20   February.

21   Q.        Okay.  Did you receive any other training

22   with respect to sexual harassment or watch any other

23   videos after that initial video in February?

24   A.        No, not that I can remember.

1   Q.          When you were employed with the City at

2   the mayor's office, did you personally know how to

3   report sexual harassment?

4   A.          I think so.  I think we were just supposed

5   to tell -- okay, maybe not.  No.  I'm pretty sure we

6   were just supposed to tell a supervisor or our HR

7   representative that we, like, had, who I knew.  I

8   knew who our HR person was.

9   Q.          Who was your HR person?

10  A.          Oh, no, I forget her name right now.  Oh,

11  Lanita Smith.

12  Q.          How do you spell Lanita, if you remember?

13  A.          L A N I T A.

14  Q.          In your personal opinion did the city

15  provide sufficient sexual harassment training to its

16  employees in 2019?

17  A.          Yes.

18  Q.          I'm going to switch gears here a little

19  bit and talk about Joe Richard.  Did you know

20  Joe Richard?

21  A.          Yes.

22  Q.          Like when did you first meet him?

23  A.          I met him -- I think our first meeting

24  that I was at was in February for the Bloomberg

1  project, so I think it was February.  It was

2  definitely early on.

3  Q.          Okay.  Do you recall where that first

4  meeting took place?

5  A.          Yes, it was in the mayor's office on the

6  third floor in the innovation office.  I guess it

7  wasn't the mayor's office.  It was city hall, but

8  third floor, innovation office.

9  Q.          So were you guys working on the Bloomberg

10  project together?

11  A.          Yes.  I think there were probably eight of

12  us, and Shelly was on it.  And then when I joined she

13  kind of -- she was also attending a few meetings, but

14  I think I was kind of from the commission side was

15  put on it.

16  Q.          So you were basically representing the

17  Woman's Commission?

18  A.          Yes, correct.

19  Q.          And who or what entity was Joe Richard

20  representing?

21  A.          Fire, I believe.

22  Q.          And you said you think there were about

23  eight people on it.  Do you recall the names of those

24  other individuals?

1    A.        Yes.  Do you want me to tell you?

2    Q.        Yes, if you could walk through those

3    people.

4    A.        Okay.  It was Doug Murray.  He was in the

5    mayor's office, and he was with external affairs.

6    Dawn Tirely, who was also in the mayor's office.

7    She's the chief.  Oh, my gosh, I'm so bad with names

8    right now.  I know Mike Stevens was on it.  Now he's

9    the director of development, I believe, but at the

10    time he was the chief innovation officer.

11            Who else is on it?  Randall Sistrunk was

12    on it, but then he left, like, a few months in to it

13    and then left the city.

14    Q.        Do you know how to spell Randall's last

15    name?

16    A.        I think it's S I S trunk, T R U N K.

17    Q.        Got it.

18    A.        And then director -- what's her name?

19    She's director of -- I don't remember her name, but I

20    know -- one person's first name was Liz, and I forget

21    her last name.  But she was in the same department as

22    one of the -- the director of like the people who do

23    all the testing.  Does anyone know what that's

24    called?

1    Q.        It's okay.

2    A.        So there was a few other people.  I don't

3    think I remember anyone else.

4    Q.        And it's perfectly fine to say you don't

5    remember.  I'm not going to pressure you for an

6    answer.  Just say that, and it's no problem.

7              Joe Richard, he wasn't your supervisor at

8    any time, is that correct?

9    A.        No, he was not.  Yes, correct.

10   Q.        Your only interaction with him with

11   respect to your job was this Bloomberg project?

12   A.        Correct.

13             MS. PETERSON:  Okay.  Miss Jindal, I kind

14   of want to walk through your statement with Kathleen

15   Bourke of the public safety director's office.  And

16   we'll mark this as Plaintiff's Exhibit 1.

17             (Plaintiff's Exhibit 1 was marked for

18   identification.)

19   Q.        Just give me one second as I read through.

20   Do you have a copy of this in front of you?  It's

21   okay if you don't have one.

22   A.        I do have it.

23   Q.        Just pull it out because it might be

24   easier to walk through it.  Is it up, I'm sorry?

1    A.          Yes, it is.

2    Q.          So I'm looking at Page 1, and I'm just

3    going to kind of read through some of this.  Starting

4    at Line 37 Miss Bourke says:  Okay.  So, basically,

5    you mentioned before we turned on the recorder that

6    there were some times when you had to interact with

7    Chief Richard where he made you feel uncomfortable.

8    Can you give me some specific examples of what you

9    mean?

10                Miss Jindal:  Yeah, well, it kind of

11   started right from the beginning.  Where now looking

12   back at it, he would just stand, like, real closely

13   and, like, just ask a lot of questions and always be,

14   like, oh, you're my partner in this.  And then, like,

15   ask my number, and then would text me, like, hey,

16   partner, when he could have like, et cetera, et

17   cetera.

18                These texts that you referred to, do you

19   still have them?

20   A.          I don't know.  I might.  I don't delete my

21   texts, so I might have them, but I'm not sure.

22                MS. PETERSON:  Okay.  If you do have those

23   texts, is it okay, Alana, Natalie, if we get a copy

24   of them?

1          MS. TANOURY:  Yes.  We'll check with Miss

2    Jindal to see if she still has them.

3          MS. PETERSON:  Oh, okay.

4    Q.        When Richard would stand really close to

5    you, where would this occur?

6    A.        Just like in our meetings.

7    Q.        Were there other people around in those

8    meetings or would this be one on one?

9    A.        No, it would be other people in the

10   meetings.  I think he generally just stands really

11   close to people.

12   Q.        Okay.  And I might jump around here a

13   little bit, so forgive me.

14   A.        Okay.

15   Q.        Page 2, Line 62, and you're talking about

16   a time that Richard had made you really

17   uncomfortable.  You state, Miss Jindal:  We had like

18   a focus group or something, and then afterwards he,

19   like, walked me to my car.  And, I mean, I didn't ask

20   him to, but he just kind of, like, followed me to the

21   car.  Like as we -- I mean, we were talking, and then

22   he just, like, stopped at the car.  And then I was,

23   like, trying to get in the car and he was just, like,

24   oh, wait, I want to ask you a question.  And then we

1    just started talking.  And then he asked if I had a

2    boyfriend.  And I was, like, no.  And he was, like,

3    why?  How could you not have a boyfriend?  And I was,

4    like, I don't know.  And then he was, like, have you

5    ever had a boyfriend?  And I was, like, no, I've

6    never -- I don't know if I just, like, said, oh, I've

7    never had a boyfriend to just kind of have him please

8    stop talking about it.

9            Do you remember making this statement to

10   Miss Bourke?

11   A.        Yes.

12   Q.        Do you remember approximately when this

13   interaction that we just described occurred with

14   Mr. Richard?

15   A.        Date-wise or time-wise?

16   Q.        Date-wise.

17   A.        No.  I know it was closer to the end of

18   the project, because this was, like, the last big

19   part that we did before we discussed, like, the final

20   steps.  I mean, I could try guessing, but I have no

21   idea what month this was.

22   Q.        And you'll have to forgive me, I don't

23   know the timeline of the Bloomberg project.

24   A.        From what I remember, it ended in, like,

1    May or June of 2019.  I know it was still kind of

2    cold out, but not super cold.  I don't know if that's

3    helpful.  So maybe April.

4    Q.          Okay.  Do you know if anybody else saw

5    this conversation take place?  Did you see anybody

6    else while this conversation --

7    A.          People walked out to their cars, but then

8    they just left, so not really.

9    Q.          Do you know if anybody -- did you see

10   anybody else who would have been within earshot of

11   this conversation?

12   A.          No.

13   Q.          You go on to describe the conversation a

14   little bit further.  I won't read directly from here,

15   instead I want you to tell me how the rest of the

16   conversation went, to the best of your knowledge.

17   A.          Yeah, so he asked if I had a boyfriend,

18   and I said no.  And then he kind of started

19   suggesting and saying like if you never had a

20   boyfriend then can I -- is it safe to assume, and I

21   played dumb, and I was like what does that mean.  He

22   said is it safe to assume, and then he started like

23   looking at me kind of suggestively.  And I was like I

24   don't know exactly what you're asking.

1          And then from what I remember, he asked

2     point blank, are you a virgin.  And, yes, then I

3     said -- I think I answered him.  And then he started

4     asking what, like, ethnicity of men that I have been

5     with or what race.  He was like have you ever been

6     with a black man and asked -- started asking about my

7     mom, because he knows she's a single mom, and started

8     asking if she dates anyone.

9          I think within the same conversation is

10    when he asked like is everything on my body real, and

11    I was like, I don't know why you're asking me that.

12    And then he said because a lot of women, like, get

13    stuff done, and it actually looks worse than being

14    natural.  And I was like, well, people don't get

15    things done for men.  So I don't think you need to

16    comment on that.  And he was like, well, are your

17    eyelashes real.  And I was like yes.  And I think

18    that's the gist and the big part of the conversation,

19    definitely the stuff that made me feel the most

20    uncomfortable is why I remember it.  I know we talked

21    for a while, so I don't know what else we discussed

22    at that instance.

23    Q.          Sure.  Let's dissect that a little bit.

24    When you said he was looking at you suggestively, was

1   he looking at any specific part of your body?  I

2   don't mean to make you uncomfortable, but --

3   A.          I don't remember exactly now.  I just

4   remember feeling very uncomfortable with the way he

5   was looking at me.  I don't know if he was looking at

6   a certain part or just, like, my whole body.

7   Q.          Okay.  And where did this conversation

8   occur?

9   A.          I think it's the fire academy.  It's where

10  they train the new recruits.

11  Q.          And in the parking lot, correct?

12  A.          Yes, in the parking lot.

13  Q.          About what time of day was it, if you

14  remember?

15  A.          I know it was in the evening.  I don't

16  remember exactly.  It was after, like, 5:00 o'clock

17  for sure because we had held a focus group that

18  started at, like, 5:00 o'clock, I believe.  So it was

19  probably around 7:00, 7:30.

20  Q.          Okay.  When Mr. Richard made the comment

21  to you -- comment or question, I guess -- something

22  along the lines of asking if you were a virgin, did

23  you find that to be inappropriate?

24  A.          Yes.

1    Q.      Did it make you feel uncomfortable?

2    A.      Yes.  I believe I said that to him.

3    Q.      You believe --

4    A.      I said that's a weird question or

5    something along those lines, yes.

6    Q.      How did he respond to that, if you

7    remember?

8    A.      He just kind of brushed it off and then

9    kept asking questions or, like, continued the

10   conversation.

11   Q.      When he asked you about the ethnicity

12   and/or race of the men you had been with, did you

13   find that to be inappropriate?

14   A.      Yes.

15   Q.      Did that make you uncomfortable?

16   A.      Yes.

17   Q.      When he asked you if everything on your

18   body was real, did you find that to be inappropriate?

19   A.      Yes.

20   Q.      Did that make you uncomfortable?

21   A.      Yes.

22   Q.      And tell me a little bit further about

23   what exactly he was asking about with respect to your

24   mom?

1    A.         He was asking if she dates or if she would

2    date someone, would she date a black man.  Because he

3    was asking about, like, being Indian, do we have to

4    marry Indian people, or would people be open to

5    marrying, like, other races or ethnicities.  And so

6    then he was just asking about my mom in that respect.

7    Q.         Did he ever ask you or you and your mom --

8    I'm sorry, let me rephrase.  Did he ever invite you

9    and your mom over for dinner?

10   A.         Over to his house?

11   Q.         Yes.  Did he ever invite you guys over to

12   his house?

13   A.         No.

14   Q.         Did he ever want to go to dinner with you

15   guys anywhere?

16   A.         Yes.

17   Q.         Did he say a specific place or was that at

18   your house or --

19   A.         He had asked to go to, like, dinner at a

20   restaurant or lunch at a restaurant, and then also

21   had said, like, oh, when your mom cooks food, you

22   should invite me over to your house, and I could eat,

23   like, home-cooked Indian food.

24   Q.         Did you find Richard's line of questioning

1    with respect to your mom and who she's dated, if she

2    would ever date a black man, did you find that to be

3    inappropriate?

4    A.        Yes.

5    Q.        Did it make you uncomfortable?

6    A.        Yes.

7    Q.        Did you ever follow-up with Richard about

8    these dinner or lunch plans?

9    A.        No.

10   Q.        Did Richard give you his number in this

11   conversation?

12   A.        No, I already had his number.

13   Q.        When and how did you come to have his

14   number?

15   A.        So we -- and I don't remember exactly

16   when, but we got put into smaller groups that we had

17   to separate out and do like different -- we were

18   looking at three different things, so we were in like

19   three or four different groups.  So I was in his

20   group.  So there were four of us, and we all

21   exchanged numbers so we could talk about the project.

22   Q.        Got it.  Understood.

23             How long -- this conversation that we've

24   been talking about in the parking lot, if you had to

1   approximate, how long did that conversation last?

2   A.          Probably like 40, 45 minutes.  It felt

3   like a long time, but I don't really remember.

4   Q.          And where in the parking lot were you guys

5   standing when this occurred?

6   A.          Like, by my car.  It was like -- yeah.

7   But where exactly, it was, like, closer to the

8   buildings.  I don't know if that helps.

9   Q.          I guess I was just wondering if you guys

10  were by your cars, so you answered the question.

11  A.          Yes, okay.

12  Q.          Just reading through here, bear with me.

13              Did you guys discuss anything else in this

14  conversation that we haven't discussed yet?

15  A.          Not that I can remember, no.

16  Q.          I'm looking at Page 6 of your interview

17  transcript now.

18  A.          Okay.

19  Q.          The first full paragraph.

20  A.          Oh, yes, I remember that.

21  Q.          Okay.  Yeah.  Basically, I thought that

22  might refresh your recollection.  Can you tell me

23  what you were talking about here between Lines 224

24  and 239.

1     A.          Yes.  So I think this conversation

2     happened -- so inside we were talking with, like, the

3     rest of our group who -- they know a lot about the

4     Firefighter Mile.  So she was just kind of explaining

5     to me what it was.  Because at the end of the

6     conversation, they were talking about the Firefighter

7     Mile a lot with the firefighters and the focus group.

8     And I just didn't understand exactly what it

9     entailed.

10              So afterwards I was asking her what is the

11    Firefighter Mile.  So she was explaining it to me,

12    and was, like, yeah, you should come see it, because

13    those are one of the reasons that we think, like, a

14    lot of women get nervous, and, like, don't feel,

15    like, they could physically get through the

16    Firefighter Mile, and might be a reason that we see

17    less women going out into fire, so you should come

18    out and look at it.

19              And then we went outside and we were

20    talking about it as well.  And that's when Joe had

21    said that he is going to be there tomorrow -- or she

22    had mentioned I think there is one tomorrow that you

23    could go to.  It's right here at the, like, training

24    place.  And he was like, yeah, I'll be there, and you

1    should come.  I was, like, yeah, of course, like,

2    that would be interesting to come see.  I'll look at

3    my schedule, what time is it.

4              And then when we were at my car, that's

5    when he got, like, weird and he was like don't

6    dress -- like don't you come in your work clothes.

7    Because usually I wore, like, you know, like nice

8    clothes.  He was like don't wear your work clothes

9    because you could, like, do some of the actual

10   activities so you could see how it is.  And I was

11   like, okay, cool.

12             Then he was like but don't dress like all

13   sexy.  And I was like, well, I don't dress sexy.  And

14   then he was like, you know what I mean, like don't

15   come in, like, really tight clothes because then,

16   like, people won't be able to focus.  I was like, I

17   think they will be fine, and I won't.

18             I think he could tell I was uncomfortable

19   when that happened because he kind of, like, dropped

20   that, and was like, anyways, just come or something.

21             And then the next day he texted me about

22   it in the morning, he said you can just come in your

23   normal work clothes, but you should come anyway and

24   see it.  So I felt like he might have known that I

1    was like what are you saying.

2    Q.         Sure.  And a few follow-ups for that.  You

3    were referencing she was telling you about a

4    Firefighter Mile, who is the she you're referring to?

5    A.         That's the name I can't remember.  She's

6    the director of one of the departments.  I don't know

7    why I can't remember her name.  I worked with her.

8    Q.         She was on the Bloomberg project with you?

9    A.         Yes, she was.

10   Q.         Did you end up going to see the

11   Firefighter Mile the following day?

12   A.         No, I did not.

13   Q.         And why didn't you end up going?

14   A.         Because I felt really uncomfortable with

15   the conversation before, and I didn't want to see

16   him, so I decided not to go.

17   Q.         So your specific reason for avoiding the

18   Firefighter Mile was because you didn't want to see

19   Richard?

20   A.         Yes.

21   Q.         So when Richard made the comment to you of

22   something along the lines of don't dress all sexy,

23   don't where tight clothes because people won't be

24   able to focus, did you find that to be inappropriate?

1    A.          Yes.

2    Q.          Did that make you uncomfortable?

3    A.          Yes.

4    Q.          Did Richard try to physically touch you at

5    any point in this conversation?

6    A.          I think there was one point where he put

7    his hand on my back, but, like, just patted it.  And

8    then we really were not like super close the whole

9    time because I was kind of in my car, and then he was

10   on the other side of the door.

11   Q.          Gotcha.  This pat on the back, was it

12   upper back?  Lower back?

13   A.          I don't remember.

14   Q.          Did he try to hug you at any point in the

15   conversation?

16   A.          At the end, he just, like, asked for a

17   hug.  And, yeah, he was just like you're just going

18   to say by and not hug me or something.  And I was

19   like, yeah, I don't hug people that I don't know very

20   well.

21   Q.          So you didn't hug him?

22   A.          No.

23   Q.          Did you ever tell anybody within the

24   mayor's office about this conversation?

1    A.          Yes, I told one of my co-workers, Doug.

2    He was on the project as well.

3    Q.          Remind me of Doug's last name.

4    A.          Murray.

5    Q.          And you stated he was your co-worker?

6    A.          Yes.

7    Q.          Was he in a supervisory position over you?

8    A.          No.

9    Q.          Did you tell anyone else within the

10   mayor's office about the conversation?

11   A.          Not that I can remember, no.

12   Q.          Anybody else involved with the Bloomberg

13   project that you can recall that you told?

14   A.          No.

15   Q.          Okay.  Then just to confirm, he texted you

16   the next morning trying to get you to come to the

17   Firefighter Mile?

18   A.          Yes.

19   Q.          And you may have already said this, and

20   I'm sorry, what was your response when he texted you?

21   A.          I believe that I told him that I had a

22   meeting until some -- I can't remember exactly, but I

23   think I had told him that I had a meeting, and that I

24   was going to try to make it, but I wasn't sure if I

1    was going to be able to.

2    Q.        Did Richard ever call you on the phone?

3    A.        Yes.

4    Q.        How many times?

5    A.        Oh, I don't know.  I'm not really sure I

6    remember, but at least two times.

7    Q.        When you say at least two, would it have

8    been more than five or --

9    A.        I really don't remember.  Probably not

10   more than five.

11   Q.        I want to talk about a specific

12   conversation that you mention starting on Page 9 in

13   your transcript about the conversation that occurred

14   when Richard was in Maryland.

15   A.        Okay, yeah.

16   Q.        Do you recall that conversation?

17   A.        Yes.

18   Q.        Why don't you go ahead and walk me through

19   that.

20   A.        He had missed one of the meetings, because

21   he was going to be in Maryland for something.  So he

22   called me and was just asking about the project.  And

23   I was like, oh, there wasn't really much that we had

24   to do or there wasn't much that you missed, but I'm

1    sure when you come back, we'll do a recap like we

2    always did at the beginning of our meetings.

3            Then he just started asking me more random

4    stuff and was asking me how my day was.  And I think

5    that's -- I don't remember.  This is like so long ago

6    now, so I don't remember.  But I just remember

7    thinking that it was weird that he called me while he

8    was still in Maryland to talk about the meeting that

9    wasn't that important of a meeting.  It was just one

10   of our check-in meetings.

11   Q.        When you say he started asking you about

12   things outside of the meeting, were they personal

13   questions about you?

14   A.        I think it was just like how has your week

15   been.  Yes, so, yes, but nothing like -- nothing that

16   I can remember that was out of the ordinary.

17   Q.        Okay.  Do you know how many times Richard

18   texted you, like how many separate days?

19   A.        No.

20   Q.        In your opinion, was he texting you often

21   or was it just a couple of times?

22   A.        I don't remember, but I don't think it was

23   like super often.

24   Q.        Okay.  So I want to go to Page 10.  I'm

1    going to read part of the transcript for the record.

2    I'm going to start at Line 421.

3              Miss Bourke:  Okay.  So there was that

4    instance there at your car where he made those

5    comments to you.  Were there any other times that he

6    made comments to you that you felt were

7    inappropriate, unprofessional?

8              Miss Jindal:  Yes.  Yeah, he would -- I

9    mean, he would always -- like he would always try

10   sitting right next to me, like, during those meetings

11   and, like, stare at me like -- and I told you this

12   earlier that from reading those, like, articles in

13   the Dispatch, like those are some of the things I had

14   just brushed aside.

15             What are those things that you're

16   referring to with respect to the articles in the

17   Dispatch?

18   A.        I don't remember exactly now, but I think

19   it was just some of those -- like some things like

20   stand close or sit close or just say things or look

21   at people certain ways.  That after reading them, I

22   was like, oh, yeah, he would do that to me as well,

23   and I remember feeling like a bit uncomfortable, but

24   I just brushed them away.  So I think when I was

1    reading those articles -- and I don't really remember

2    what was in those articles now any more, so I don't

3    know exactly what I was referring to in that.

4    Q.          Okay.  No problem.  When you would say

5    that he would stare at me, was he staring at a

6    specific part of your body?

7    A.          I don't remember now.  I just know

8    sometimes I would look up, and he would be, like,

9    looking at me.

10   Q.          Did that make you uncomfortable?

11   A.          Yes, sometimes.  Yes.

12   Q.          Okay.  I'm going to go to 429, and you

13   say:  He would do those things, and he would just

14   stare and be, like, are you ready, partner.

15              How many times did he say:  Are you ready,

16   partner, to you?

17   A.          I don't know, a few times.

18   Q.          Would this have been in a one-on-one

19   setting or a group setting?

20   A.          Like it would always be in the room with

21   people, but there are oftentimes it would just be the

22   two of us, and that's when he would say it.  I never

23   fully understood what he was referring to, because he

24   would just be, like, are you ready?  I don't really

1    know what you mean.

2    Q.        Did he ever elaborate when you would say,

3    I don't really know what you mean?

4    A.        I don't remember.

5    Q.        And when you say you were in the room with

6    people, but it was just you two, is it fair to say

7    nobody else was within earshot of these

8    conversations?

9    A.        Yeah, probably not.  Because everyone was

10   like having their own conversations as well.

11   Q.        You mention Page 11 -- I'll start on Page

12   439.  Miss Bourke:  And, again, like I don't want to

13   put words in your mouth.  I'm just trying to kind of

14   figure out all that happened.  So was there ever a

15   time where you felt like he was staring at, like, a

16   particular body part instead of, you know, your face

17   or anything like that?

18            Miss Jindal:  Yeah.  And I think there

19   was, but it was -- yeah, I think it was my chest that

20   I felt like he was, but I don't know for sure.  That

21   would be just like speculation.

22            Do you recall making this statement to

23   Miss Bourke?

24   A.        I do not remember that exact statement,

1    no.

2    Q.        Do you recall him ever looking at your

3    chest?

4    A.        Yes, but, again, I feel -- yes, but I

5    don't know if that's exactly what he was looking at,

6    but it felt like that.

7    Q.        Okay.

8    A.        Especially with the conversation by the

9    car when he was asking if everything was real.  I

10   think that might have been what I was referring to,

11   but I'm not exactly 100 percent sure.

12   Q.        Understood.  How many times do you think

13   you interacted with Mr. Richard?

14   A.        It would usually be at least once or twice

15   a month.  So from February to May.  Is that four

16   months, five months.

17   Q.        Yeah.

18   A.        So probably around eight to ten-ish times,

19   because then we had those focus groups.  So, yeah,

20   probably around eight to ten.

21   Q.        Okay.  When you say focus groups, were

22   there people outside of the Bloomberg project

23   involved in these groups?

24   A.        Yeah.  So they were focus groups with fire

1    cadets, if that's what they are called.  But, like,

2    they were in the fire department, and they were like

3    the newer -- yeah.

4    Q.        Do you remember -- and you may not, and

5    that's totally fine -- do you remember the names of

6    any of these cadets who came to the focus groups?

7    A.        No, I don't.

8    Q.        Okay.  Did Mr. Richard ever ask you to

9    send pictures of yourself to him?

10   A.        Yeah, one time when I was going to Vegas

11   with my friends.  And he was like, oh, send me, like,

12   pictures.  I went in May.  So that was in May.  So

13   the project must have gone further than May, like

14   probably June.

15   Q.        Okay.  And when he asked for pictures was

16   it of you?  Was it of something else?

17   A.        He didn't say.  He just said send

18   pictures.

19   Q.        Okay.  Did you send him any pictures?

20   A.        No.

21   Q.        Okay.  And this will be a little bit

22   uncomfortable, so I'm sorry to ask.  Did he ever ask

23   you specifically for sexually explicit pictures?

24   A.        No, he did not.

1    Q.          I'm looking at Page 13 of your

2    transcripts, Line 534.

3              Miss Jindal:  I mean he said -- he said

4    stuff about, oh, when you were in Vegas, like you

5    were probably in your bathing suit, and I'm sure guys

6    were, like, all over you.  And I just like played

7    dumb, and I was like, no, et cetera, et cetera.

8              When did this conversation occur?

9    A.          Oh, I don't remember.  Before May, because

10   it was -- I remember telling them I couldn't -- I

11   couldn't attend one of the meetings because I was

12   going to be in Vegas.  And that's when that

13   conversation -- oh, wait, no, just kidding.  No, this

14   was after.  So this must -- I don't remember, but

15   this was after I came back, because he was saying,

16   like, oh, you probably -- yeah, he was saying, like,

17   what happened, like, were there any guys or whatever.

18   So this is after.  So at the end of May or beginning

19   of June.  I don't remember.

20   Q.          Okay.  And where did that conversation

21   take place?

22   A.          I don't remember.

23   Q.          Do you recall if it was in person?

24   A.          Yeah, I think most of our conversations

1  took place in person.  There was like a very few

2  times where it was on the phone, but we never talked

3  about stuff like this.

4  Q.        Okay.  Did you find him commenting about

5  you being in your bathing suit and guys being all

6  over you, did you find that to be inappropriate?

7  A.        Yes.

8  Q.        Did it make you uncomfortable?

9  A.        Yes.

10 Q.        Okay.  In reading further down that page,

11 540.

12         Miss Bourke:  Okay, gotcha.  Can you think

13 of any other specific comments that he might have

14 made to you about, you know, your appearance, or, you

15 know, dating, anything like that, anything that we're

16 missing?

17         Miss Jindal:  He would say, like, oh,

18 Indian women are the prettiest.  Then I think one

19 time he was like, oh, yeah, I like Indian women are

20 the prettiest, and, like, look at you or something,

21 and, yeah.  But, like, most of the time we would be,

22 like, in group settings, so it would be more like the

23 suggestive random stuff than blatantly saying things

24 to me.

1          Do you recall making this statement to

2    Miss Bourke?

3    A.          Yes, I do.

4    Q.          Do you recall when -- and if you don't,

5    it's okay -- that he made the comment about Indian

6    women are the prettiest?

7    A.          I don't remember.  I think he said it at

8    the car, but I don't know if that was the first and

9    only time that he said it.

10   Q.          Okay.  So you're not sure if he said it

11   once or if he said it more than once?

12   A.          Yeah, I'm not sure.  I don't remember now.

13   Q.          That's no problem.  And you said he would

14   say stuff that would be more suggestive random stuff

15   than, like, blatantly saying things to you.

16   A.          Yes.

17   Q.          Do you recall what any of those statements

18   would have been?

19   A.          No, I don't.

20   Q.          Okay.  No worries.  Further -- a little

21   bit further down, Line 55.

22          Miss Jindal:  And then I remember when I

23   was leaving I, like, went pretty quickly to my car,

24   and got in and started driving away.  And then he

1    started -- then he came out before I could, like,

2    actually get out of the parking lot area.  And he,

3    like, stopped my car and, like, made me put the

4    window down.  And then he was telling me that we need

5    to hang out.  Oh, he would always say, like, I'll

6    take you to lunch and I'll pay for you, and, like,

7    let's go to get Indian food or something.  Do you

8    recall when this occurred?

9    A.        When?

10   Q.        Yes.

11   A.        No.

12   Q.        Okay.  No problem.  Were you -- so you

13   mentioned that you had -- you were leaving pretty

14   quickly, trying to get to your car.  Was this

15   specific action done to avoid Richard?

16   A.        I don't remember.

17   Q.        Okay.  And do you ever end up -- I might

18   have asked you this earlier, so forgive me, but did

19   you ever end up going to lunch or dinner with

20   Richard?

21   A.        No, I did not.

22   Q.        Did he ever end up coming to your house?

23   A.        No.

24   Q.        Okay.  So I'm looking at Page 16 now, line

1       665.

2                   Miss Jindal:  Yeah.  I mean, there was one

3       time during the conversation at the car, and I don't

4       remember what he asked me, but it was after -- like

5       it was even, I think, like worse than asking me if I

6       was a virgin.  I don't remember what he asked me

7       because I was just, like, so uncomfortable.  But I

8       remember saying like -- I was just like ah, a, ah,

9       and then he just, like, changed the subject.

10                  As we sit here today do you recall what

11      that comment would have been?

12      A.          No, I don't.

13      Q.          Okay.  Just figured I would ask.

14      A.          Sorry.

15      Q.          It's okay.  Did you ever tell anybody

16      outside of Doug Murray that Richard had made you feel

17      uncomfortable and made inappropriate statements to

18      you?

19      A.          Not that I can remember, no.

20      Q.          And when I asked this, you know, I'm not

21      blaming or anything like that.  But why didn't you

22      ever report him to anybody within the mayor's office

23      or within the city?

24      A.          I think it was because I was -- not I

1    think; I know.  It was because I was so new, and I

2    wasn't trying to start anything, and also I felt like

3    maybe I was reading into stuff.  Until that one

4    incident at the car where he, like, asked if I was a

5    virgin and stuff, that's when I knew, okay, this is

6    definitely uncomfortable and definitely out of line.

7    But after that, I knew I wasn't going to see him

8    again, because the project was ending, like, very

9    shortly after that.  So I think I was just like, I'm

10   going to wait this out and then never have to see

11   him, hopefully, again, and that was it.  That's why I

12   never really reported it.

13   Q.         Understood.  Have you seen Richard since

14   the Bloomberg project ended?

15   A.         No, I have not.

16   Q.         Okay.  So he asked you if everything on

17   your body was real.  Was he referring -- was it your

18   understanding he was referring to a specific part of

19   your body?

20   A.         I don't know.  I even asked for

21   clarification, and then that's when he was just like,

22   oh, women just do things, and they look better

23   natural.  And then he asked about my eyelashes.  I

24   think I was visibly uncomfortable when he asked me

1    that.  So I don't know if that deterred him.

2    Q.        And what did he ask you about your

3    eyelashes?

4    A.        If they were -- if I had, like, anything

5    on them, or if they were my real eyelashes.

6    Q.        Did Richard ever ask you -- sorry.  Let me

7    scratch that and rephrase.  Did Richard ever comment

8    on your makeup?

9    A.        I think so.  From what I can remember, I

10   remember him saying that you don't wear a lot, which

11   looks nice, but I don't remember exactly when that

12   was.  I think it was a conversation at the car.

13   Q.        Okay.

14   A.        But nothing past that.

15   Q.        Did he ever comment on your weight?

16   A.        No.

17   Q.        Were there any other statements that

18   Richard made to you that you felt were inappropriate

19   that we have not yet discussed today?

20   A.        Not that I can remember, no.

21   Q.        Did Richard ever bring up your mom again

22   following that conversation in the parking lot?

23   A.        Not after that conversation, no.  I think

24   I avoided him a lot more after that.  Before, yeah,

1  he would, like, say, let's get dinner with your mom

2  or invite me over to your mom's house, yeah.

3  Q.        Did you purposely try to avoid Richard?

4  A.        Yes.  There were a few times, yes.

5            MS. PETERSON:  I think that's all that I

6  have for now.  So I'll turn it over to Miss Bryans

7  and the city.  I may have some follow-up questions

8  after they are done, but that's all I have for now.

9  Thank you.

10           THE WITNESS:  Okay.

11                    - - -

12                CROSS-EXAMINATION

13 BY MS. BRYANS:

14 Q.        Hi, Miss Jindal.  My name is Natalie

15 Bryans.  I am one of the attorneys for Mr. Richard.

16 And I don't think I'm going to have too many

17 questions for you, but I may jump around a little

18 bit.

19 A.        Okay.

20 Q.        So going back, you had mentioned that

21 Mr. Richard would call you partner.  Did you ever

22 hear him call anyone else partner?

23 A.        Not that I can remember.  I don't know,

24 but I wasn't like in every conversation with him.

1    Q.          Right.  Of course.  Okay.  And when he
2    would call you partner, how did you take this?  Did
3    you think he was implying anything romantic?
4    A.          No.
5    Q.          Okay.  And then when he would text you,
6    you mentioned that in your interview that he would
7    text you questions about the Bloomberg project.  And
8    you had mentioned that you felt it was an excuse to
9    talk to you.  Why did you feel that way?
10   A.          Because then when I would respond, it
11   would be like okay.  Also when are you free to get
12   lunch or some other type of question that was not
13   related to the Bloomberg project.
14   Q.          Okay.  So he -- is your testimony that he
15   would text you something about the project, you would
16   respond, and then he would text you things unrelated
17   to the project?
18   A.          Not always, but, yes, that's why I felt
19   like some of the times he texted me for the project.
20   It would just be meetings that I don't think that he
21   would really need to, like, ask follow-up.  But I
22   understand if he wanted to know if anything happened.
23   But, yes, then he would ask about personal stuff.
24   Q.          Okay.  And how many times would you say

1    that happened where the conversation would go towards

2    personal things or things unrelated to the project

3    when you were texting?

4    A.          I don't think I can -- I don't remember

5    how many times that happened.

6    Q.          And you said earlier that you don't

7    typically delete texts, so you think that you would

8    still have all of your conversations?

9    A.          Yes, I think I should.

10   Q.          Okay.  I'm the same way, I never delete

11   anything.

12               So would he always text you first or did

13   you ever initiate a text conversation?

14   A.          I don't remember.

15   Q.          Okay.  That's fine.  Were any of his text

16   messages overtly sexual or inappropriate?

17   A.          Not that I can remember, no.

18   Q.          Did you ever mention anybody that you

19   would text Chief Richard or that he would call you?

20   A.          I think I told Doug Murray.

21   Q.          What did you tell him, if you can recall?

22   A.          I think it was just that I said -- oh,

23   yes, okay.  So when I told him that I was really

24   uncomfort -- like after the thing that happened at

1    the car, then I told him, yeah, like, he has texted

2    me, and I just, like, don't want to text him back.

3    So Doug just was like maybe just don't text back or

4    text really short responses so he'll kind of get the

5    hint.  And I was like, yeah, that's a good idea.

6    Q.         Okay.  Got it.  So speaking of that

7    conversation in the parking lot, so I just want to

8    make sure.  So this happened after one of your

9    meetings for the Bloomberg project, correct?

10   A.         One of the focus groups for the Bloomberg

11   project, yes.

12   Q.         And it was initially a group of people

13   standing in the parking lot talking in a group?

14   A.         Yeah, and I don't remember if that was --

15   I think that was right outside of the building, there

16   was, like, the four of us that were part of the

17   project, we were just like talking about the

18   Firefighter Mile and other stuff, and then we walked

19   to our cars.

20   Q.         Okay.  And if you can remember, how long

21   the group was standing there together talking, was it

22   like more than five minutes?

23   A.         Yeah, it was probably like 15 minutes.  It

24   wasn't super long.

1  Q.        Okay.  And then everyone kind of

2  dispersed, and Mr. Richard walked with you towards

3  your car?

4  A.        Yes.

5  Q.        Okay.  And had he ever walked you to your

6  car before?

7  A.        Not that I can remember, no.

8  Q.        And were you guys talking about anything

9  as you were walking towards your car?

10  A.        Yeah, I'm sure, but I don't remember what.

11  Q.        Okay.  That's fine.  I want to go to Page

12  2 of your interview.  So starting at Line 64, kind of

13  in the middle of that line you said:  I mean, we were

14  talking, and then he just stopped at the car.  And

15  then I was, like, trying to get in the car, and he

16  was just like, oh, wait, I want to ask you a

17  question.  And then we just started talking, and then

18  he asked if I had a boyfriend.

19            So was this kind of out of the blue that

20  he asked this?

21  A.        Yes.  Like we were not talking about

22  anything, that I can remember, we weren't talking

23  about anything like about boys or anything.

24  Q.        Okay.  And then a little further down, I

1    am looking at Line 77, starting at the end of that

2    line -- or in the middle you say:  And I was like,

3    no.  And then -- and then like he then -- he asked,

4    okay, if you never had a boyfriend, can I assume.

5    And then I was like -- I knew what he was saying.

6    And I was like what.  And then he looked at me like

7    really suggestively.

8            So how did you know what he was saying?

9    Can you explain that to me a little bit more.

10   A.        Yeah.  So, I mean, at first I didn't, when

11   he first said, can I assume, I didn't know what he

12   meant.  But then he was like can I assume.  And then

13   I guess I think it was like the way he looked at me

14   or something.  I don't know, I just put two and two

15   together, and I assumed that that's what he was

16   talking about, but I didn't, like, openly share until

17   he asked.

18   Q.        Okay.  So did you ask him what he meant by

19   that?

20   A.        Yeah.

21   Q.        And then did he say specifically what he

22   meant by that?

23   A.        I think so.  I don't remember exactly if

24   he did.  I think he did.  He definitely did because--

1    yes.

2    Q.          Okay.  So you're thinking he specifically

3    asked, are you a virgin?

4    A.          From what I can remember, yes.

5    Q.          Thank you for clarifying that.  All right.

6    And then from there, you said earlier today that you

7    made the comment something like that's weird that you

8    would ask that, is that right?

9    A.          Um-hum, yes.

10   Q.          And he just kind of brushed that off?

11   A.          Yeah.

12   Q.          Okay.  And then you said you guys were

13   talking by your car for, I think you said, 45

14   minutes, is that right?

15   A.          Yeah, probably around 45.

16   Q.          So after he asked you this, if you had a

17   boyfriend, he then asked you if you had been with any

18   minorities?

19   A.          He was asking like why I didn't have a

20   boyfriend, and I wasn't really answering.  I was just

21   like I think that's a weird question.  And then,

22   yeah, after he asked if I was a virgin, and then I

23   answered, and then he said, like, what -- yeah -- do

24   you only -- have you only been with Indian men, and I

1    was like, no.  And he asked, have you been with a

2    black man.

3    Q.          And when he was asking you like who you

4    had been with, was he asking you like who you had

5    gone on dates with, who you had slept with, like what

6    was he specifically asking?

7    A.          Slept with.

8    Q.          Okay.  Did you tell him, again, at any

9    point that you thought this was weird or an

10   uncomfortable conversation?

11   A.          Yes.

12   Q.          Okay.  Did he say anything when you said

13   that to him?

14   A.          Not that I can remember.

15   Q.          Okay.  Had you guys talked about things

16   like this before or was this the first time?

17   A.          No, we hadn't ever talked about this.

18   Q.          And then you said you also at some point

19   talked about your mother.  What specifically did he

20   ask about her during this conversation?

21   A.          So he knew that she was a single mom.  So

22   he was asking, like, if she dates, and if she has

23   ever dated someone that's outside of her ethnicity.

24   Has she ever dated a black man, would she ever date a

1    black man, things like that.  And I was like, I don't

2    know; you would have to ask her.

3    Q.       Did he ask you to set him up with your

4    mom?

5    A.       No, not explicitly.

6    Q.       Okay.  Had he ever met your mom?

7    A.       No.

8    Q.       Okay.  And another thing you said at some

9    point he told you -- he made a comment about not

10   dressing sexy for the Firefighter Mile, I'm

11   paraphrasing, but something along those lines, right?

12   A.       Yes.

13   Q.       Was that the first time he had ever

14   commented on what you wore?

15   A.       I think so, yes.

16   Q.       Okay.  Were there any other times he made

17   a comment about what you were wearing?

18   A.       I don't think so.

19   Q.       Okay.  In just talking generally, so not

20   for any time you ever spoke with him, was there ever

21   a time he made any comments -- I know you mentioned

22   your eyelashes -- any comments about any other body

23   part?

24   A.       No.

1   Q.        Okay.  Did he ever comment on your hair?

2   A.        Not that I can remember.

3   Q.        Okay.  Did he ever comment or compliment

4   the way you smelled?

5   A.        No.

6   Q.        Any other comments related to your

7   appearance specifically?

8   A.        No.  I mean, he said the thing about

9   Indians being pretty, and then was like, look at you,

10  but that was it.

11  Q.        Okay.  So aside from the conversation you

12  had with him in the parking lot, were there other

13  times after that he asked you about your dating or

14  personal sex life?

15  A.        No.  That was very close to the end of our

16  project, and I didn't have to see him too many times

17  after.

18  Q.        Okay.  And you had mentioned -- so before

19  the time in the parking lot, he had asked about your

20  mother before, is that right?

21  A.        Yes.

22  Q.        So what kinds of things would he ask?  Was

23  it always about her dating or who she was interested

24  in?

1    A.          No, it was more like about Indian food and

2    asking if he could come over to dinner when she

3    cooks, or saying, like, he wants to meet her, but

4    nothing like about her dating life or anything like

5    that.

6    Q.          How often would you talk about your mother

7    with him?

8    A.          Not very often.

9    Q.          Did he ever say anything that was overtly

10   sexual about your mom?

11   A.          No.

12   Q.          Okay.  And then you had mentioned

13   something about getting lunch or dinner with you and

14   your mother, is that right?

15   A.          Yes.

16   Q.          And you had also said he would ask you if

17   you wanted to go get something to eat?

18   A.          Yes, if we would get lunch.

19   Q.          So when he would ask you about this, was

20   it always he wanted to invite you and your mom, or

21   did he want to, like, meet with you one on one?  How

22   was that?

23   A.          It was mostly just with me.

24   Q.          Okay.  Did it seem when he brought this up

1    that he was asking you on a date?

2    A.          No, I think he was just, like, a friendly

3    way.

4    Q.          Okay.  Did he ever follow-up with you to

5    like set an actual day or time?

6    A.          Yes, yes.  So I think in one of the phone

7    calls, he had asked -- maybe it was over text.  But I

8    was like really busy so I couldn't that week, so,

9    yeah.  And then one time when he stopped, like, my

10   car at the police academy, or, you know, just like

11   waved me down, that's when he had also asked, when

12   can we get lunch.  So, yes, he had followed up, but

13   we never --

14   Q.          So that time when you say he stopped your

15   car, was it like he physically got in front of it or

16   he just waved you over?

17   A.          No, he physically got in front of it.

18   Q.          All right.  And you had mentioned that

19   there was at least one time where he kind of patted

20   you on the back.  Do you recall any other times when

21   he touched you?

22   A.          No.  It would just be randomly during

23   meetings, but it would just be, like, on my back like

24   that or shoulder.

1    Q.        Okay.  So like a shoulder pat or

2    something?

3    A.        Yes.

4    Q.        Okay.  So is it fair to say he never

5    touched you in, like, a sexual way?

6    A.        Not that I took it like, yeah.

7    Q.        Okay.  All right.  So aside from what you

8    already mentioned, did he ever say anything to you

9    that was overtly sexual?

10   A.        No, not that I can remember.

11   Q.        Did you ever hear him say something that

12   was overtly sexual or inappropriate to someone else?

13   A.        No.

14   Q.        Did you ever observe him touch someone

15   else in a way that you felt was inappropriate?

16   A.        Not that I can remember, no.

17   Q.        Okay.  And at some point you said you

18   spoke with Doug Murray, who was also in the mayor's

19   office.  When was that?

20   A.        I don't remember.  I don't remember now.

21   Q.        Do you remember what prompted you to speak

22   with him about it?

23   A.        Just feeling like uncomfortable.

24   Q.        Okay.

1    A.          But I don't remember exactly the

2    situation.

3    Q.          So was this you think after the time in

4    the parking lot?

5    A.          I don't remember, but maybe, yes.

6              MS. BRYANS:  Okay.  Give me one second.  I

7    think that is everything.  I'm going to turn you over

8    to Alana, if she has any questions.  Thank you so

9    much.  I really appreciate it.

10             MS. TANOURY:  I don't have anything.

11             MS. PETERSON:  I just have a couple

12   follow-up questions.

13                       - - -

14                  RECROSS-EXAMINATION

15   BY MS. PETERSON:

16   Q.          You told me that Shelby -- is it

17   pronounced Beiting or Beiting (pronouncing

18   differently)?

19   A.          Shelly Beiting.

20   Q.          Shelly Beiting, okay.  You told me she was

21   your direct supervisor, is that correct?

22   A.          Correct, yes.

23   Q.          Did you ever discuss any of your issues

24   with Joe Richard to her?

1    A.        Not -- I did at the very -- like right

2    before I reported it.

3    Q.        Okay.  So this would have been in, like,

4    the October 2019 time frame?

5    A.        Yes.

6    Q.        Okay.  Prior to this October 2019 time

7    frame, did she ever come to you with any concerns

8    about Richard?

9    A.        No.

10   Q.        Okay.  And the text that we mentioned that

11   you're going to see if you still have, did you turn

12   those over to Kathleen Bourke?

13   A.        I did not.

14   Q.        Did not?

15   A.        No.

16            MS. PETERSON:  Okay.  That is all the

17   questions that I have.

18            Teresa and Alana, you guys are the point

19   of contact for Miss Jindal, even though she's no

20   longer an employee of the city.  Are you going to

21   handle trying to get those texts?

22            MS. DEAN:  Yes, we will.

23            MS. PETERSON:  And you'll let both myself

24   and Natalie know.

1          MS. DEAN:  Yes.

2          MS. PETERSON:  Okay.

3             (Signature Not Waived.)

4                    - - -

5          DEPOSITION CONCLUDED AT 12:43 P.M.

6                    - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                           CERTIFICATE

2     State of Ohio      :
                                SS:
3     County of Franklin:

4                  I, Jackie Olexa White, Notary Public in

5     and for the State of Ohio, duly commissioned and

6     qualified, certify that the within named SUNDEEPTI

7     JINDAL was by me duly sworn to testify to the whole

8     truth in the cause aforesaid; that the testimony was

9     taken down by me in stenotypy in the presence of said

10    witness, afterwards transcribed upon a computer; that

11    the foregoing is a true and correct transcript of the

12    testimony given by said witness taken at the time and

13    place in the foregoing caption specified.

14                  I certify that I am not a relative,

15    employee, or attorney of any of the parties hereto,

16    or of any attorney or counsel employed by the

17    parties, or financially interested in the action.

18                  IN WITNESS WHEREOF, I have set my hand and

19    affixed my seal of office at Columbus, Ohio, on this

20    9th day of February, 2021.

21    _____

22                  JACKIE OLEXA WHITE, Notary Public
                     in and for the State of Ohio
23                   and RPR-CM.

24    My Commission expires January 21, 2024.

Witness Errata and Signature Sheet
Correction or Change Reason Code
1-Misspelling  2-Word Omitted  3-Wrong Word
4-Clarification  5-Other (Please explain)

Page/Line        Correction or Change        Reason Code

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

I, Sundeepti Jindal, have read the entire
transcript of my deposition taken in this matter,
or the same has been read to me.  I request that
the changes noted on my errata sheet(s) be entered
into the record for the reasons indicated.

Date_____Signature_____

The witness has failed to sign the deposition
within the time allowed.
.

Date_____Signature_____
                    Ref: FO300637

**1**

**1** 14:16,17 15:2
**10** 31:24
**100** 10:14 35:11
**11** 34:11
**12:43** 59:5
**13** 37:1
**15** 47:23
**16** 40:24
**1993** 7:5

**2**

**2** 16:15 48:12
**2011** 7:12
**2016** 7:17
**2017** 8:10,11
**2018** 8:10
**2019** 8:22 10:8 11:16 18:1 58:4,6
**2020** 9:14
**2128** 7:3
**224** 24:23
**239** 24:24

**3**

**37** 15:4

**4**

**40** 24:2
**421** 32:2
**429** 33:12
**43016** 7:3
**439** 34:12
**45** 24:2 50:13,15

**5**

**5** 7:5
**534** 37:2
**540** 38:11
**55** 39:21
**5:00** 20:16, 18

**6**

**6** 24:16
**62** 16:15
**64** 48:12
**665** 41:1

**7**

**77** 49:1
**7:00** 20:19
**7:30** 20:19

**9**

**9** 30:12

**A**

**academy** 20:9 55:10
**action** 40:15
**activities** 26:10
**actual** 26:9 55:5
**address** 6:24 7:1
**advise** 6:5
**advisor** 9:4
**affairs** 13:5
**ahead** 30:18
**Alana** 15:23 57:8 58:18
**and/or** 21:12
**answering** 50:20
**answers** 5:19
**appearance** 38:14 53:7
**approximate** 24:1
**approximately** 10:15 17:12
**April** 18:3
**area** 40:2
**articles** 32:12,16 33:1,2
**assume** 18:20,22 49:4,11,12
**assumed** 49:15
**attend** 7:6 37:11
**attending** 12:13
**attorneys** 5:11 44:15
**August** 9:14, 20
**avoid** 40:15 44:3
**avoided** 43:24
**avoiding** 27:17

**B**

**bachelor's** 7:17
**back** 10:1 15:12 28:7, 11,12 31:1 37:15 44:20 47:2,3 55:20,23
**background** 6:21
**bad** 13:7
**basically** 12:16 15:4 24:21
**bathing** 37:5 38:5
**bear** 24:12
**because--** 49:24
**beginning** 15:11 31:2 37:18
**Beiting** 10:4 57:17,19,20
**big** 17:18 19:18
**birth** 7:4
**bit** 6:4 11:19 16:13 18:14 19:23 21:22 32:23 36:21 39:21 44:18 49:9
**black** 19:6 22:2 23:2 51:2,24 52:1
**blaming** 41:21
**blank** 19:2
**blatantly** 38:23 39:15
**Bloomberg** 11:24 12:9 14:11 17:23 27:8 29:12 35:22 42:14 45:7,13 47:9,10
**blue** 48:19
**body** 19:10 20:1,6 21:18 33:6 34:16 42:17,19 52:22
**Bourke** 6:19 14:15 15:4 17:10 32:3 34:12,23 38:12 39:2 58:12
**boyfriend** 17:2,3,5,7 18:17,20 48:18 49:4 50:17,20

**boys** 48:23
**break** 6:5
**bring** 43:21
**brought** 54:24
**brushed** 21:8 32:14, 24 50:10
**Bryans** 44:6, 13,15 57:6
**building** 47:15
**buildings** 24:8
**busy** 55:8

**C**

**cadets** 36:1, 6
**call** 30:2 44:21,22 45:2 46:19
**called** 8:3 13:24 30:22 31:7 36:1
**calls** 55:7
**car** 16:19,21, 22,23 24:6 26:4 28:9 32:4 35:9 39:8,23 40:3,14 41:3 42:4 43:12 47:1 48:3,6, 9,14,15 50:13 55:10, 15
**cars** 18:7 24:10 47:19
**Center** 8:2,7, 13
**Central** 8:14, 19
**certified** 5:5
**cetera** 15:16, 17 37:7
**changed** 41:9
**check** 16:1
**check-in** 31:10
**chest** 34:19 35:3
**chief** 13:7,10 15:7 46:19
**childhood** 8:2
**choice** 7:20
**city** 6:19 8:21,24 9:7, 9 11:1,14 12:7 13:13 41:23 44:7 58:20

**clarification** 6:1 42:21
**clarifying** 50:5
**close** 16:4, 11 28:8 32:20 53:15
**closely** 15:12
**closer** 17:17 24:7
**clothes** 26:6, 8,15,23 27:23
**co-worker** 29:5
**co-workers** 29:1
**cold** 18:2
**Columbus** 8:4,21
**comment** 19:16 20:20, 21 27:21 39:5 41:11 43:7,15 50:7 52:9,17 53:1,3
**commented** 52:14
**commenting** 38:4
**comments** 32:5,6 38:13 52:21,22 53:6
**commission** 12:14,17
**community** 8:16
**complete** 5:21
**compliment** 53:3
**concerns** 58:7
**CONCLUDED** 59:5
**condition** 6:13
**confirm** 29:15
**confuse** 5:24
**contact** 58:19
**continued** 21:9
**conversation** 18:5,6,11, 13,16 19:9, 18 20:7 21:10 23:11, 23 24:1,14 25:1,6 27:15 28:5,15,24 29:10 30:12, 13,16 35:8

37:8,13,20 41:3 43:12, 22,23 44:24 46:1,13 47:7 51:10,20 53:11

**conversations** 34:8,10 37:24 46:8

**cooks** 22:21 54:3

**cool** 26:11

**copy** 14:20 15:23

**correct** 9:23 10:6 12:18 14:8,9,12 20:11 47:9 57:21,22

**COTA** 9:19, 20,23

**County** 8:5

**couple** 5:13, 16 31:21 57:11

**court** 5:19 7:3

**courtesy** 5:23

**Crane** 8:1,7, 13

**CROSS-EXAMINATION** 5:8 44:12

**current** 6:24 7:1

**D**

**date** 7:4 22:2 23:2 51:24 55:1

**Date-wise** 17:15,16

**dated** 23:1 51:23,24

**dates** 19:8 22:1 51:5,22

**dating** 38:15 53:13,23 54:4

**Dawn** 13:6

**day** 20:13 26:21 27:11 31:4 55:5

**days** 31:18

**deal** 6:4

**DEAN** 58:22 59:1

**decided** 27:16

**degree** 7:16

**delete** 15:20 46:7,10

**department** 13:21 36:2

**departments** 27:6

**deposed** 5:14

**deposition** 5:13 6:17 59:5

**describe** 18:13

**deterred** 43:1

**development** 13:9

**differently** 57:18

**dinner** 22:9, 14,19 23:8 40:19 44:1 54:2,13

**direct** 10:3 57:21

**directly** 18:14

**director** 13:9,18,19, 22 27:6

**director's** 14:15

**discuss** 24:13 57:23

**discussed** 17:19 19:21 24:14 43:19

**Dispatch** 32:13,17

**dispersed** 48:2

**dissect** 19:23

**documentation** 10:9

**door** 28:10

**Doug** 13:4 29:1 41:16 46:20 47:3 56:18

**Doug's** 29:3

**dress** 26:6, 12,13 27:22

**dressing** 52:10

**driving** 39:24

**dropped** 26:19

**drugs** 6:9

**Dublin** 7:3

**duly** 5:5

**dumb** 18:21 37:7

**duties** 9:3,5

**E**

**earlier** 32:12

40:18 46:6 50:6

**early** 8:2 12:2

**earshot** 18:10 34:7

**easier** 14:24

**eat** 22:22 54:17

**education** 7:14,21 8:16

**effective** 8:4

**effects** 8:4

**elaborate** 34:2

**emotional** 6:12

**employed** 7:24 8:1,7, 23 9:10 11:1

**employee** 58:20

**employees** 11:16

**employment** 8:9,20 10:2

**end** 17:17 25:5 27:10, 13 28:16 37:18 40:17, 19,22 49:1 53:15

**ended** 8:9 17:24 42:14

**ending** 42:8

**entailed** 25:9

**entity** 12:19

**equity** 9:4,7, 9

**ethnicities** 22:5

**ethnicity** 19:4 21:11 51:23

**evening** 20:15

**exact** 34:24

**examples** 15:8

**exchanged** 23:21

**excuse** 45:8

**Exhibit** 14:16,17

**explain** 49:9

**explaining** 25:4,11

**explicit** 36:23

**explicitly** 52:5

**external** 13:5

**eyelashes**

19:17 42:23 43:3,5 52:22

**F**

**face** 34:16

**fair** 34:6 56:4

**February** 8:22 10:8, 17,20,23 11:24 12:1 35:15

**feel** 15:7 19:19 21:1 25:14 35:4 41:16 45:9

**feeling** 20:4 32:23 56:23

**felt** 24:2 26:24 27:14 32:6 34:15, 20 35:6 42:2 43:18 45:8, 18 56:15

**figure** 9:8 34:14

**figured** 41:13

**final** 17:19

**find** 20:23 21:13,18 22:24 23:2 27:24 38:4,6

**fine** 14:4 26:17 36:5 46:15 48:11

**fire** 12:21 20:9 25:17 35:24 36:2

**Firefighter** 25:4,6,11,16 27:4,11,18 29:17 47:18 52:10

**firefighters** 25:7

**floor** 12:6,8

**focus** 16:18 20:17 25:7 26:16 27:24 35:19,21,24 36:6 47:10

**follow-up** 23:7 44:7 45:21 55:4 57:12

**follow-ups** 27:2

**food** 22:21, 23 40:7 54:1

**forget** 11:10 13:20

**forgive** 16:13 17:22 40:18

**found** 9:17

**frame** 58:4,7

**Franklin** 8:5

**free** 45:11

**friendly** 55:2

**friends** 36:11

**front** 14:20 55:15,17

**full** 6:22 24:19

**fully** 33:23

**Fund** 8:14,19

**G**

**gears** 11:18

**gender** 9:4

**generally** 16:10 52:19

**gist** 19:18

**give** 6:6 14:19 15:8 23:10 57:6

**good** 5:10 7:20 47:5

**gosh** 13:7

**gotcha** 28:11 38:12

**graduate** 7:9

**graduation** 7:24

**ground** 5:13

**group** 16:18 20:17 23:20 25:3,7 33:19 38:22 47:12, 13,21

**groups** 23:16,19 35:19,21,23, 24 36:6 47:10

**guess** 12:6 20:21 24:9 49:13

**guessing** 17:20

**guys** 12:9 22:11,15 24:4,9,13 37:5,17 38:5 48:8 50:12 51:15 58:18

**H**

**hair** 53:1

**half** 8:8,15

**hall** 12:7

**hand** 28:7

**handle** 58:21

**hang** 40:5

**happened** 25:2 26:19 34:14 37:17 45:22 46:1,

5,24 47:8
**happy** 6:2,6
**harassment** 10:10,22 11:3,15
**he'll** 47:4
**head** 5:18,19
**headed** 8:17
**health** 9:7,9
**hear** 44:22 56:11
**held** 20:17
**helpful** 18:3
**helps** 24:8
**hereinafter** 5:5
**hey** 15:15
**high** 7:7,14
**hint** 47:5
**home-cooked** 22:23
**house** 22:10, 12,18,22 40:22 44:2
**HR** 11:6,8,9
**hug** 28:14, 17,18,19,21

**I**

**idea** 17:21 47:5
**identification** 14:18
**illicit** 6:8
**impair** 6:9,14
**implying** 45:3
**important** 31:9
**inappropriate** 20:23 21:13, 18 23:3 27:24 32:7 38:6 41:17 43:18 46:16 56:12,15
**incident** 42:4
**including** 9:2
**increase** 9:9
**Indian** 22:3, 4,23 38:18, 19 39:5 40:7 50:24 54:1
**Indians** 53:9
**individuals** 12:24
**information** 6:21
**initial** 10:23
**initially** 47:12

**initiate** 46:13
**innovation** 12:6,8 13:10
**inside** 25:2
**instance** 19:22 32:4
**interact** 15:6
**interacted** 35:13
**interaction** 14:10 17:13
**interested** 53:23
**interesting** 8:6 26:2
**interview** 24:16 45:6 48:12
**invite** 22:8, 11,22 44:2 54:20
**involved** 29:12 35:23
**issues** 57:23

**J**

**Jackson** 5:12
**Jindal** 5:4 6:23,24 7:6 14:13 15:10 16:2,17 32:8 34:18 37:3 38:17 39:22 41:2 44:14 58:19
**job** 7:23 8:12 9:2 14:11
**Joe** 11:19,20 12:19 14:7 25:20 57:24
**joined** 12:12
**jump** 16:12 44:17
**June** 18:1 36:14 37:19

**K**

**Kathleen** 6:19 14:14 58:12
**kidding** 37:13
**kids** 8:3,5
**Kilbourne** 7:8
**kind** 9:5 12:13,14 14:13 15:3, 10 16:20 17:7 18:1, 18,23 21:8 25:4 26:19 28:9 34:13

47:4 48:1, 12,19 50:10 55:19
**kinds** 53:22
**Kirstin** 5:10
**knew** 11:7,8 42:5,7 49:5 51:21
**knowledge** 18:16

**L**

**Lanita** 11:11, 12
**lastly** 6:3
**lawsuit** 5:12
**leave** 9:13,15
**leaving** 39:23 40:13
**left** 8:19 13:12,13 18:8
**life** 53:14 54:4
**lines** 20:22 21:5 24:23 27:22 52:11
**Liz** 13:20
**local** 9:8
**long** 8:6 23:23 24:1,3 31:5 47:20, 24
**longer** 58:20
**looked** 49:6, 13
**lot** 8:17 9:6 15:13 19:12 20:11,12 23:24 24:4 25:3,7,14 40:2 43:10, 22,24 47:7, 13 53:12,19 57:4
**Lower** 28:12
**lunch** 22:20 23:8 40:6,19 45:12 54:13, 18 55:12

**M**

**made** 6:18 15:7 16:16 19:19 20:20 27:21 32:4,6 38:14 39:5 40:3 41:16, 17 43:18 50:7 52:9, 16,21
**major** 7:18, 20
**make** 20:2 21:1,15,20

23:5 28:2 29:24 33:10 38:8 47:8
**makeup** 43:8
**making** 17:9 34:22 39:1
**man** 19:6 22:2 23:2 51:2,24 52:1
**manager** 8:3, 16 9:19
**mark** 14:16
**marked** 14:17
**marry** 22:4
**marrying** 22:5
**Maryland** 30:14,21 31:8
**mayor's** 9:1, 11,16 10:2,7 11:2 12:5,7 13:5,6 28:24 29:10 41:22 56:18
**meant** 49:12, 18,22
**medication** 6:8
**meet** 11:22 54:3,21
**meeting** 11:23 12:4 29:22,23 31:8,9,12
**meetings** 12:13 16:6, 8,10 30:20 31:2,10 32:10 37:11 45:20 47:9 55:23
**men** 19:4,15 21:12 50:24
**mention** 30:12 34:11 46:18
**mentioned** 15:5 25:22 40:13 44:20 45:6,8 52:21 53:18 54:12 55:18 56:8 58:10
**messages** 46:16
**met** 11:23 52:6
**middle** 48:13 49:2
**Mike** 13:8
**Mile** 25:4,7, 11,16 27:4, 11,18 29:17 47:18 52:10
**minorities**

50:18
**minutes** 24:2 47:22,23 50:14
**missed** 30:20,24
**missing** 38:16
**mom** 19:7 21:24 22:6, 7,9,21 23:1 43:21 44:1 51:21 52:4,6 54:10,20
**mom's** 44:2
**month** 10:19 17:21 35:15
**months** 13:12 35:16
**morning** 5:10 26:22 29:16
**mother** 51:19 53:20 54:6,14
**mouth** 34:13
**Murray** 13:4 29:4 41:16 46:20 56:18

**N**

**names** 12:23 13:7 36:5
**Natalie** 15:23 44:14 58:24
**natural** 19:14 42:23
**needed** 9:6
**nervous** 25:14
**newer** 36:3
**nice** 26:7 43:11
**nodding** 5:18
**normal** 26:23
**November** 7:5
**number** 15:15 23:10, 12,14
**numbers** 23:21

**O**

**observe** 56:14
**occur** 16:5 20:8 37:8
**occurred** 17:13 24:5 30:13 40:8
**October**

58:4,6

**office** 8:23
9:1,11,16
10:2,8 11:2
12:5,6,7,8
13:5,6 14:15
28:24 29:10
41:22 56:19

**officer** 13:10

**oftentimes**
33:21

**Ohio** 7:3,15,
16,21,24
8:1,14,20

**one-on-one**
33:18

**ongoing**
5:12

**open** 22:4

**openly** 49:16

**opinion**
11:14 31:20

**opposed**
5:18

**ordinary**
31:16

**orientation**
10:12,18

**overtly** 46:16
54:9 56:9,12

———

**P**

**P.M.** 59:5

**paragraph**
24:19

**paraphrasing**
52:11

**parking**
20:11,12
23:24 24:4
40:2 43:22
47:7,13
53:12,19
57:4

**part** 17:19
19:18 20:1,6
32:1 33:6
34:16 42:18
47:16 52:23

**partner**
15:14,16
33:14,16
44:21,22
45:2

**partners** 9:8

**past** 43:14

**pat** 28:11
56:1

**patted** 28:7
55:19

**pay** 9:6,9
40:6

**people** 12:23
13:3,22 14:2
16:7,9,11

18:7 19:14
22:4 26:16
27:23 28:19
32:21 33:21
34:6 35:22
47:12

**percent**
10:14 35:11

**perfectly**
14:4

**person** 11:8,
9 37:23 38:1

**person's**
13:20

**personal**
11:14 31:12
45:23 46:2
53:14

**personally**
11:2

**Peterson**
5:9,10 14:13
15:22 16:3
44:5 57:11,
15 58:16,23
59:2

**phone** 30:2
38:2 55:6

**physical**
6:13

**physically**
25:15 28:4
55:15,17

**pictures**
36:9,12,15,
18,19,23

**place** 12:4
18:5 22:17
25:24 37:21
38:1

**plaintiff** 5:11

**plaintiff's**
14:16,17

**plans** 23:8

**played** 18:21
37:6

**point** 19:2
28:5,6,14
51:9,18 52:9
56:17 58:18

**police** 55:10

**policy** 8:2,18

**Political** 7:19

**position**
9:10,15,17,
18 29:7

**post** 7:13

**poverty** 8:5

**preparation**
6:16

**pressure**
14:5

**prettiest**
38:18,20
39:6

**pretty** 11:5
39:23 40:13
53:9

**Prior** 58:6

**problem**
14:6 33:4
39:13 40:12

**project** 8:3
9:19 12:1,10
14:11 17:18,
23 23:21
27:8 29:2,13
30:22 35:22
36:13 42:8,
14 45:7,13,
15,17,19
46:2 47:9,
11,17 53:16

**prompted**
56:21

**pronounced**
57:17

**pronouncing**
57:17

**provide** 5:23
11:15

**providing**
5:22

**psychologica
l** 6:13

**public** 14:15

**pull** 14:23

**purposely**
44:3

**put** 12:15
23:16 28:6
34:13 40:3
49:14

———

**Q**

**question**
5:22 16:24
20:21 21:4
24:10 45:12
48:17 50:21

**questioning**
22:24

**questions**
6:1 15:13
21:9 31:13
44:7,17 45:7
57:8,12
58:17

**quickly**
39:23 40:14

———

**R**

**race** 19:5
21:12

**races** 22:5

**Randall**
13:11

**Randall's**
13:14

**random** 31:3

38:23 39:14

**randomly**
55:22

**read** 14:19
15:3 18:14
32:1

**reading**
24:12 32:12,
21 33:1
38:10 42:3

**ready** 33:14,
15,24

**real** 15:12
19:10,17
21:18 35:9
42:17 43:5

**reason** 25:16
27:17

**reasons**
25:13

**recall** 12:3,
23 29:13
30:16 34:22
35:2 37:23
39:1,4,17
40:8 41:10
46:21 55:20

**recap** 31:1

**receive** 10:8,
21

**recollection**
24:22

**record** 5:20
6:22 32:1

**recorder**
15:5

**RECROSS-
EXAMINATIO
N** 57:14

**recruits**
20:10

**referencing**
27:3

**referred**
15:18

**referring**
27:4 32:16
33:3,23
35:10 42:17,
18

**refresh**
24:22

**related** 45:13
53:6

**remember**
10:15,24
11:12 13:19
14:3,5 17:9,
12,24 19:1,
20 20:3,4,
14,16 21:7
23:15 24:3,
15,20 27:5,7
28:13 29:11,
22 30:6,9
31:5,6,16,22
32:18,23
33:1,7 34:4,

24 36:4,5
37:9,10,14,
19,22 39:7,
12,22 40:16
41:4,6,8,19
43:9,10,11,
20 44:23
46:4,14,17
47:14,20
48:7,10,22
49:23 50:4
51:14 53:2
56:10,16,20,
21 57:1,5

**Remind** 29:3

**rephrase**
22:8 43:7

**report** 11:3
41:22

**reported**
42:12 58:2

**reporter** 5:19

**representativ
e** 11:7

**representing**
12:16,20

**request** 5:17,
21

**research** 8:2,
16,18

**respect** 10:9,
22 14:11
21:23 22:6
23:1 32:16

**respond**
21:6 45:10,
16

**response**
29:20

**responses**
47:4

**rest** 18:15
25:3

**restaurant**
22:20

**review** 6:16

**reviewed**
6:18

**reword** 6:2

**Richard**
11:19,20
12:19 14:7
15:7 16:4,16
17:14 20:20
23:7,10
27:19,21
28:4 30:2,14
31:17 35:13
36:8 40:15,
20 41:16
42:13 43:6,
7,18,21
44:3,15,21
46:19 48:2
57:24 58:8

**Richard's**
22:24

**romantic**

45:3
room 33:20 34:5
rules 5:13,16

---

**S**

safe 18:20, 22
safety 14:15
schedule 26:3
school 7:7, 14
science 7:19
scratch 43:7
secondary 7:13
send 36:9, 11,17,19
separate 23:17 31:18
September 9:21,22
Serrina 5:11
set 52:3 55:5
setting 33:19
settings 38:22
sex 53:14
sexual 10:9, 22 11:3,15 46:16 54:10 56:5,9,12
sexually 36:23
sexy 26:13 27:22 52:10
shaking 5:18
share 49:16
Shelby 57:16
Shelly 10:4 12:12 57:19, 20
short 47:4
shortly 42:9
shoulder 55:24 56:1
side 12:14 28:10
signature 59:3
single 19:7 51:21
Sistrunk 13:11
sit 32:20 41:10
sitting 32:10
situation 57:2
slept 51:5,7

smaller 23:16
smelled 53:4
Smith 11:11
sort 10:8
speak 56:21
speaking 47:6
specific 9:2 15:8 20:1 22:17 27:17 30:11 33:6 38:13 40:15 42:18
specifically 36:23 49:21 50:2 51:6,19 53:7
speculation 34:21
spell 10:5 11:12 13:14
spoke 52:20 56:18
stand 15:12 16:4 32:20
standing 24:5 47:13, 21
stands 16:10
stare 32:11 33:5,14
staring 33:5 34:15
start 32:2 34:11 42:2
started 8:20 10:7,17 15:11 17:1 18:18,22 19:3,6,7 20:18 31:3, 11 39:24 40:1 48:17
starting 15:3 30:12 48:12 49:1
state 6:22 7:15,16,21, 24 8:1 16:17
stated 29:5
statement 6:18 14:14 17:9 34:22, 24 39:1
statements 39:17 41:17 43:17
Statham 7:3
steps 17:20
Stevens 13:8
stop 17:8
stopped 16:22 40:3 48:14 55:9, 14

studied 8:4
study 8:4
stuff 6:3 19:13,19 31:4 37:4 38:3,23 39:14 42:3,5 45:23 47:18
subject 41:9
suffer 6:12
sufficient 11:15
suggesting 18:19
suggestive 38:23 39:14
suggestively 18:23 19:24 49:7
suit 37:5 38:5
Sundeepti 5:4 6:23
super 18:2 28:8 31:23 47:24
supervisor 10:3 11:6 14:7 57:21
supervisory 29:7
supposed 11:4,6
switch 11:18
sworn 5:5

---

**T**

talk 11:19 23:21 30:11 31:8 45:9 54:6
talked 19:20 38:2 51:15, 17,19
talking 16:15,21 17:1,8 23:24 24:23 25:2, 6,20 47:13, 17,21 48:8, 14,17,21,22 49:16 50:13 52:19
TANOURY 16:1 57:10
telling 27:3 37:10 40:4
ten 35:20
ten-ish 35:18
Teresa 58:18
testifies 5:6
testify 6:9,14
testimony 45:14

testing 13:23
text 15:15 45:5,7,15,16 46:12,13,15, 19 47:2,3,4 55:7 58:10
texted 26:21 29:15,20 31:18 45:19 47:1
texting 31:20 46:3
texts 15:18, 21,23 46:7 58:21
thing 46:24 52:8 53:8
things 19:15 23:18 31:12 32:13,15,19, 20 33:13 38:23 39:15 42:22 45:16 46:2 51:15 52:1 53:22
thinking 31:7 50:2
thought 24:21 51:9
tight 26:15 27:23
time 6:5 13:10 14:8 16:16 20:13 24:3 26:3 28:9 34:15 36:10 38:19, 21 39:9 41:3 51:16 52:13, 20,21 53:19 55:5,9,14,19 57:3 58:4,6
time-wise 17:15
timeline 17:23
times 15:6 30:4,6 31:17,21 32:5 33:15, 17 35:12,18 38:2 44:4 45:19,24 46:5 52:16 53:13,16 55:20
Tirely 13:6
title 9:3
today 6:10, 14 41:10 43:19 50:6
today's 6:17
told 29:1,13, 21,23 32:11 46:20,23 47:1 52:9 57:16,20
tomorrow 25:21,22

totally 36:5
touch 28:4 56:14
touched 55:21 56:5
train 20:10
training 10:13,16,21 11:15 25:23
transcript 24:17 30:13 32:1
transcripts 37:2
trunk 13:16
truthfully 6:9,14
turn 44:6 57:7 58:11
turned 15:5
type 45:12
typically 46:7

---

**U**

Um-hum 50:9
uncomfort 46:24
uncomfortabl e 6:4 15:7 16:17 19:20 20:2,4 21:1, 15,20 23:5 26:18 27:14 28:2 32:23 33:10 36:22 38:8 41:7,17 42:6,24 51:10 56:23
understand 25:8 45:22
understandin g 42:18
understood 23:22 33:23 35:12 42:13
unprofession al 32:7
unrelated 45:16 46:2
upper 28:12

---

**V**

Vegas 36:10 37:4,12
verbally 5:17
video 10:13, 16,23
videos 10:23
virgin 19:2 20:22 41:6 42:5 50:3,22

**visibly** 42:24

---

**W**

---

**wait** 16:24
37:13 42:10
48:16

**Waived** 59:3

**walk** 13:2
14:14,24
30:18

**walked** 16:19
18:7 47:18
48:2,5

**walking** 48:9

**wanted**
45:22 54:17,
20

**watch** 10:12,
22

**watched**
10:16

**waved** 55:11,
16

**ways** 32:21

**wear** 26:8
43:10

**wearing**
52:17

**week** 31:14
55:8

**weight** 43:15

**weird** 21:4
26:5 31:7
50:7,21 51:9

**window** 40:4

**Woman's**
12:17

**women**
19:12 25:14,
17 38:18,19
39:6 42:22

**Women's**
8:14,19

**wondering**
24:9

**words** 34:13

**wore** 26:7
52:14

**work** 8:18
9:6 26:6,8,
23

**worked** 27:7

**working** 9:8,
19,23 12:9

**worries**
39:20

**worse** 19:13
41:5

**Worthington**
7:8

**written** 10:9,
14

---

**Y**

---

**year** 7:11
8:8,15