UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SERRINA JACKSON, | : | Case No. 2:21-CV-00574-EAS |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargas |
| | : | Magistrate Kimberly A. Jolson |
| vs. | : | |
| | : | |
| JOE RICHARD, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

The Parties, by and through the undersigned counsel, hereby stipulate that the above action is dismissed with prejudice. The Parties are to bear their own outstanding court costs, if any. The Court shall maintain jurisdiction to enforce settlement.

Respectfully submitted,

/s/ Kirstin A. Peterson
Kirstin A. Peterson (0099040)
John K. Fitch (0008119)
The Fitch Law Firm, LLC
621 E. Town Street
Columbus, OH 43215
614.545.3930; 614.545.3929 – Fax
Kirstin@johnfitch.com
John@johnfitch.com
*Attorneys for Plaintiff*

/s/ Larry H. James per email auth of 4/27/2023
Larry H. James (0021773)
Christopher R. Green (0096845)
CRABBE, BROWN & JAMES, LLP
500 S. Front Street, Suite 1200
Columbus, OH 43215
614.229.4544; 614.229.4559
ljames@cbjlawyers.com
cgreen@cbjlawyers.com
*Attorneys for Defendant Joe Richard*

/s/ Paul M. Bernhart per email auth of 4/27/2023
Paul M. Bernhart (0079543)
Alana V. Tanoury (0092265)
Assistant City Attorneys
City of Columbus, Department of Law
Zach Klein, City Attorney
77 N. Front Street, Columbus, OH 43215
614.645.7385; 614.645.6949 – Fax
pmbernhart@columbus.gov
avtanoury@columbus.gov
*Attorneys for Defendant City of Columbus*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was sent to all counsel of record via the Court's electronic filing system on this 27th day of April, 2023.

        /s/ Kirstin A. Peterson
        Kirstin A. Peterson (0099040)
        John K. Fitch (0008119)